JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOKASTA LISSETTE BERRIOS,<br><br>Petitioner,<br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | No. 5:26-cv-03910-ADS<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is granted. Respondents shall immediately release Petitioner Yokasta Lissette Berrios (A# 245-839-345), on the same conditions of release that existed immediately prior to her March 24, 2026, detention.

Dated: July 24, 2026

/s/ Autumn D. Spaeth
Honorable Autumn D. Spaeth
United States Magistrate Judge